

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

July 6, 2015

Francisco J. Aguero
410 Oakwood Lane
Arlington, TX 76012

Isidro R. Alaniz
District Attorney - Webb County
1110 Victoria St., Ste. #401
Laredo, TX 78040
* DELIVERED VIA E-MAIL *

RE: Court of Appeals Number: 04-15-00375-CV
     Trial Court Case Number: 1999C922693 C1
     Style: In re Francisco J. Aguero

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Elizabeth Montoya
Deputy Clerk, Ext. 5-3857

cc: Margie Ramirez Ibarra (DELIVERED VIA E-MAIL)
Honorable Hugo Martinez



# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2015

No. 04-15-00375-CV

**IN RE** Francisco J. **AGUERO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
Patricia O. Alvarez, Justice
Jason Pulliam, Justice

On June 22, 2015, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 6, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2015.

_____
Keith E. Hottle, Clerk

---

[1]This proceeding arises out of Cause No. C922693 C1, styled *In the Interest of A.R.A., A Child*, pending in the County Court at Law No. 1, Webb County, Texas, the Honorable Hugo Martinez presiding.